IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stacy Iames,                                :
                                            :
       Plaintiff(s),                :
                                            :  Case Number: 1:12cv829
   vs.                                   :
                                            :  Chief Judge Susan J. Dlott
Commissioner of Social Security,            :
                                            :
       Defendant(s).                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 23, 2013 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 9, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny the plaintiff DIB's is **REVERSED.** This matter is **REMANDED** under sentence four of 42 U.S.C. 405(g) consistent with the Report and Recommendation.  This matter is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court