IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stacey Iames, :
:
    Plaintiff(s) :
: Case Number: 1:12cv829
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 13, 2014 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 30, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by plaintiff's counsel (Doc. 23) is **GRANTED.** Plaintiff is awarded $2,932.50 in attorney fees and $350.00 in costs for a total amount of $3,282.50.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court