IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stacy Iames, :
:
      Plaintiff(s). :
: Case Number: 1:12cv829
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 25, 2017 (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 8, 2017, hereby ADOPTS said Report and Recommendation.

      Accordingly, plaintiff's motion for an additional award of attorney's fees under 42 U.S.C. §406(b) (Doc. 26) is DENIED, with the remaining balance of the past-due benefits withheld by the Agency to be paid to the plaintiff.

      Plaintiff's counsel is cautioned a third time in the strongest possible terms that §406(b) motions filed outside the time specified in Local Rule 54.2(b) will be DENIED.

      Counsel is required to explicitly address the issue of timeliness in any currently pending or future §406(b) motions filed in this Court.

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Judge Susan J. Dlott
      United States District Court